## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:    BESSIE N RICHARDSON                    §
                                                  §    Case No.: 08-31080
                                                  §
                                                  §
                                                  §
          Debtor(s)                               §

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/14/2008.

2) This case was confirmed on 03/02/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 11/08/2011.

6) Number of months from filing to the last payment: 36

7) Number of months case was pending: 40

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    17,050.00

10) Amount of unsecured claims discharged without payment $   32,078.99

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 18,750.00 |
| Less amount refunded to debtor | $    750.00 |
| **NET RECEIPTS** | $ 18,000.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $  3,500.00 |
| Court Costs | $      .00 |
| Trustee Expenses and Compensation | $  1,100.11 |
| Other | $      .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $  4,600.11 |
| Attorney fees paid and disclosed by debtor | $      .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CHASE HOME FINANCE L | SECURED | 204,488.45 | 206,121.54 | .00 | .00 | .00 |
| CHICAGO MUNICIPAL EM | SECURED | 4,000.00 | 4,966.85 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 2,400.00 | 896.60 | .00 | .00 | .00 |
| GMAC | SECURED | 2,750.00 | 3,455.99 | .00 | .00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | 3,500.00 | NA | NA | .00 | .00 |
| AFFILIATED RADIOLOGI | UNSECURED | 1.40 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 965.59 | 1,000.59 | 1,000.59 | 336.98 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 2,724.69 | 2,724.69 | 2,724.69 | 918.08 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,324.34 | 1,430.24 | 1,430.24 | 481.92 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,089.31 | 1,152.06 | 1,152.06 | 388.19 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,429.71 | 3,468.71 | 3,468.71 | 1,168.78 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,739.68 | 3,664.68 | 3,664.68 | 1,234.81 | .00 |
| LIBERTY MEDICAL SUPP | UNSECURED | 24.67 | NA | NA | .00 | .00 |
| MACYS RETAIL HOLDING | UNSECURED | 3,606.74 | 3,606.74 | 3,606.74 | 1,215.29 | .00 |
| GE MONEY BANK | UNSECURED | 2,953.27 | 2,953.27 | 2,953.27 | 995.10 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 10,934.69 | 10,207.30 | 10,207.30 | 3,439.45 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | 21.20 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS IN | OTHER | .00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | 19.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS IN | OTHER | .00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | 109.80 | NA | NA | .00 | .00 |
| REHABILITATION MEDIC | UNSECURED | 287.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 8.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| RUSH UNIVERSITY MEDI | UNSECURED | 48.57 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 68.60 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 49.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 55.49 | 53.90 | 53.90 | 18.02 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 156.21 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 68.90 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 149.14 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 1,667.71 | 1,696.71 | 1,696.71 | 571.71 | .00 |
| SUPERIOR AIR GROUND | UNSECURED | 466.40 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,015.00 | 1,015.00 | 1,015.00 | 342.00 | .00 |
| TIMOTHY K GETTY DDS | UNSECURED | 590.00 | NA | NA | .00 | .00 |
| RANAISSANCE AT HALST | UNSECURED | 130.00 | NA | NA | .00 | .00 |
| UNIVERSITY CARDIOLOG | UNSECURED | 8.90 | NA | NA | .00 | .00 |
| UNIVERSITY PATHOLOGI | UNSECURED | 7.18 | NA | NA | .00 | .00 |
| UNIVERSITY RADIATION | UNSECURED | 19.30 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 6,254.58 | 6,153.09 | 6,153.09 | 2,073.28 | .00 |
| AFFILIATED RADIOLOGI | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN MEDICAL COL | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN MEDICAL COL | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| LIBERTY MEDICAL SUPP | OTHER | .00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | OTHER | .00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | OTHER | .00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | OTHER | .00 | NA | NA | .00 | .00 |
| REHAB MEDICINE | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MED | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | OTHER | .00 | NA | NA | .00 | .00 |
| SUPERIOR AIR GROUND | OTHER | .00 | NA | NA | .00 | .00 |
| TIMOTHY K GETTY DDS | OTHER | .00 | NA | NA | .00 | .00 |
| TRANSWORLD SYSTEMS I | OTHER | .00 | NA | NA | .00 | .00 |
| UNIVERSITY CARDIOLOG | OTHER | .00 | NA | NA | .00 | .00 |
| UNIVERSITY PATHOLOGI | OTHER | .00 | NA | NA | .00 | .00 |
| UNIVERSITY RADIATION | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE HOME FINANCE | OTHER | .00 | NA | NA | .00 | .00 |
| PRESTON DUNN | UNSECURED | 2,659.20 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
===================================================================================
| **Scheduled Creditors:**                                                        |
|                                                                                 |
| Creditor              Claim        Claim        Claim        Principal    Int.  |
|   Name         Class  Scheduled    Asserted     Allowed      Paid         Paid  |
|                                                                                 |
|ECAST SETTLEMENT COR  UNSECURED    630.00       623.10       623.10     209.95    .00 |
|SHERRI L RICHARDSON   OTHER           .00           NA           NA        .00    .00 |
|CARSON PIRIE SCOTT    UNSECURED    630.00           NA           NA        .00    .00 |
|COOK COUNTY TREASURE  SECURED         .00          .00          .00        .00    .00 |
|WASHINGTON MUTUAL     SECURED          NA       524.94          .00        .00    .00 |
|ROBERT J ADAMS & ASS  PRIORITY         NA          .00         6.33       6.33    .00 |
===================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 6.33 | 6.33 | .00 |
| **TOTAL PRIORITY:** | 6.33 | 6.33 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 39,750.08 | 13,393.56 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 4,600.11 |
| Disbursements to Creditors | $ | 13,399.89 |
| **TOTAL DISBURSEMENTS:** | $ | 18,000.00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    03/14/2012                    /s/ Tom  Vaughn
                                        Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**